

1 | Badma Gutchinov, Esq. #140040
Law Office of Badma Gutchinov
PO Box 16431
San Francisco, CA 94116
bgutchinovesq@yahoo.com
Telephone: (415) 572-7075
Facsimile: (855) 293-3696

Attorney for Debtor

**Signed and Filed: June 17, 2019**

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

In re:        JEFFREY E. DEWEESE,        Case No.  19-30625 HLB13
dba JEFFREY E. DEWEESE, MD,
                  Debtor,                Chapter 13

_____/

**Order Extending Time to File Missing Required Documents [11 USC Section 521(i)(3)]**

Upon consideration of Debtor; Motion to Extend Time to File Missing Required Documents pursuant to 11 U.S.C. Section 521(i)(3), it appears that good cause exists.

IT IS ORDERED that time to file missing required documents is granted for 15 days of the date of this order.

**END OF ORDER**

Order Extending Time to File Missing Documents

**Court Service List**

None

Order Extending Time to File Missing Documents