Badma Gutchinov, Esq. # 140040
Law Office of Badma Gutchinov
P.O. Box 16431
San Francisco, CA 94116-0431
Telephone: (415) 572-7075
Facsimile (855) 293-3696
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

In re:   JEFFREY E. DEWEESE,   Case No. 19-30625 HLB13
    dba Jeffrey E. DeWeese, MD,   Chapter 13
                Debtor,   **NOTICE OF OPPORTUNITY FOR HEARING TO OBJECT TO CONFIRMATION OF SECOND AMENDED CHAPTER 13 PLAN**
_____/

TO CHAPTER 13 TRUSTEE, CREDITORS, AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that the above Debtor has filed the attached Amended Chapter 13 Plan ["Plan"] on August 7, 2019. You have been notified that pursuant to Bankruptcy Rule 2002 and Local Rule 9014-1, you have twenty-eight (28) days from the date of service of this notice to object to the Plan. Any such objection must be (1) filed with Clerk of the United States Bankruptcy Court located at 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102, and shall be served upon David Burchard, Chapter 13 Trustee, PO Box 8059, Foster City, California 94404 and Debtor's attorney at above address, and (2) be accompanied by any declaration and/or memoranda of points and authorities that the requesting party wishes to present in support its position. If an objection is timely made, a hearing date to be set and a notice will be given of a hearing date to objecting party and the Chapter 13 Trustee. If the objection is not timely made, the Court may enter an Order Confirming Plan.

Dated: August 7, 2019            /s/ Badma Gutchinov
                                 Badma Gutchinov, Esq.
                                 Attorney for Debtor

**NOTICE OF PLAN**                                1