Badma Gutchinov, Esq. # 140040
Law Office of Badma Gutchinov
P.O. Box 16431
San Francisco, CA 94116-0431
Telephone: (415) 572 7075
Facsimile (415) 759 7075

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

In re:  JEFFREY E.    DEWEESE,

                         Debtor,

_____/

Case No. 19-30625 HLB13
Chapter 13

**Request for Relief for Entry of Default on Order on Motion to Value Personal Property held by On Deck Capital, Inc.**
[L.B.R. 9014-1(b)(4)(A)]

Date:        None Set
Time:        None Set
Courtroom:

I,        Badma Gutchinov, Esq. declare:

1.        I am an attorney for the above Debtors. I have personal knowledge of following facts and if I am called to testify, I could and would competently testify hereto.

2.        On August 9, 2019, the above Debtor filed and served Notice of Opportunity for a Hearing [Docket No. 67, Filed August 9, 2019], a Motion to Value Personal Property held by On Deck Capital Inc. [Docket No. 66, Filed August 9, 2019]. and supporting Declaration of Debtor in Support Thereof [Docket No. 66-1, Filed August 9, 2019] of the secured personal property collateral valued at $15,000 with a legal interest rate of 10% pursuant to Debtor's Second Amended Plan [Docket No. 60, Filed August 7, 2019] and that any amount in excess be treated

Declaration Re: Request for Default Order

1

as a general unsecured creditor's claim as part of Debtor's plan.

        3.      The value of the collateral or personal property was valued at $15,000 [Declaration of Debtor in Support Thereof [Docket No. 66-1, Filed August 9, 2019].

        4.      The Creditor, On Deck Capital, Inc. has filed Amended Proof of Claim for value of collateral at $15,000 [Claim No 1, Filed July 11, 2019].

        5.      Creditor, On Deck Capital, Inc. was served by U.S. Certified Mail on August 9, 2019. I ask the court to take judicial notice of USPS Tracking Number 7017 3040 0000 7188 0301 and 7017 3040 0000 7188 0288 which includes service on the designated Agent for Service of Process which shows that the certified mailings have been delivered to Creditor, On Deck Capital, Inc.

        6.   More than 21 days have run since the service of the motion. My law office has not received any response to the motion nor has any creditor or party in interest requested a hearing.

        7.   This request for entry of default for proposed order re: motion to value personal property held property held by Direct Capital, Inc. and proposed order have been served by mail.

        8.   I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in San Francisco, California.

Dated: August 30, 2019            /s/Badma Gutchinov, Esq._____
                                 Badma Gutchinov, Esq.
                                 Attorney for Debtor