Entered on Docket
September 03, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



BADMA GUTCHINOV, ESQ. #140040
PO BOX 16431
SAN FRANCISCO, CA 94116
TEL. 415 572-7075
FAX  855 293-3696

Signed and Filed: September 3, 2019

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:  JEFFREY E. DEWEESE,<br><br>           Debtor, | ) Case No: 19-30625 HLB13<br>) Chapter 13<br>)<br>)<br>) **ORDER APPROVING MOTION TO VALUE**<br>) **PERSONAL PROPERTY SECURING**<br>) **CLAIM OF ON DECK CAPITAL, INC.**<br>)<br>) |

Upon due consideration of the Debtor's Motion to Value Collateral held by On Deck Capital, Inc. filed on August 9, 2019, Debtor's Request for Default Order re Motion to Value Personal Property, and good cause appearing,

IT IS HEREBY ORDERED that the Debtor's Motion is approved.

IT IS FURTHER ORDERED that the value of the personal property is $15,000 AT 10% INTEREST RATE, Creditor's secured claim is limited to $15,000, and that any amount in excess be treated as a general unsecured claim.

*** END OF ORDER ***

**COURT SERVICE LIST**

Jeffrey E. DeWeese
1199 Bush Street #590
San Francisco, CA 94109

Officer, Managing or General Agent
On Deck Capital, Inc.
901 N. Stuart Street #700
Arlington, VA 22203

Aubrey Law Firm, PC
12 Powder Springs Street, Suite 240
Marietta, GA 30064