```
 1  AMANDA N. FERNS, Bar No. 233104
    FERNS, ADAMS & ASSOCIATES,
 2  A Professional Corporation
    2815 Mitchell Drive, Suite 210
 3  Walnut Creek, CA 94598
    (925) 927-3401
 4  aferns@fernslaw.com

 5  Attorneys for Creditor
    DIRECT CAPITAL CORPORATION
 6
```

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| In re: | CASE NO. 19-30625 |
|---|---|
| JEFFREY E DEWEESE dba JEFFREY E DEWEESE, | Chapter 13 Proceeding |
| Debtor. | OBJECTION TO CONFIRMATION SECOND AMENDED PLAN |
| / | (11 U.S.C. §1325, BLR 3015-1) |

TO DEBTOR JEFFREY E DEWEESE dba JEFFREY E DEWEESE, DEBTOR' ATTORNEY OF RECORD (IF ANY), AND TRUSTEE David Burchard:

COMES NOW DIRECT CAPITAL CORPORATION (hereinafter "Creditor") who objects to the Confirmation of the Second Amended Chapter 13 Plan as proposed by the Debtor JEFFREY E DEWEESE dba JEFFREY E DEWEESE on the following grounds:

1. Creditor is the holder of a **SECURED CLAIM** in the within bankruptcy proceeding. The balance due on the Claim is at least: **$211,381.63** not including interest and other fees and costs. The Debtor has valued the personal property security:

///

1

OBJECTION TO CONFIRMATION SECOND AMENDED CHAPTER 13 PLAN

| Equipment Schedule | Equipment Description |
|---|---|
| DCC-0717878 | (1) 105-7012-000 Picosure Laser System, serial # PICO0161; |
| DCC-0766265 | (3) HP 23" Windows Touchscreen Camera with Vectra Wall Mount #TMD60002A; (2) Samsung Galaxy Android Camera - White Body SAMGXYWHT # TMD70001A; (1) Samsung Galaxy NX 20.3MP Camera and 18-55mm Lens with Android for Touch MD, 20.3 MM 16gb, Black, #TMD70002A; (2) Base, Pwr Prog Table 641 Programmable Midmrk, #629382; (2) Table Power Proc W/rotation Midmrk, #83068; (4) Table Top 641 Fossil, #002-0968238; (4) Arm Chair, Ultra Upholstery 541 Fossil, #SA398001238; (1) Base, Caster F/830 Power Table Midmrk, #525189; (2) Headrest, U-Shaped Prem Fossil, #9A384001235; (2) Headrest, Magnetic Prem Fossil, #8A395001238; (4) Control, Hand Linear F/ible "factory Installed" Midmrk, #529990; (4) Stool, Exam Sleg Airlift Fossil, #272-001-238;  (1) VIOSIA-6 Delux Kit; |
| DCC-1148985 | (1) Smartlipo TPX 40/24/15, #105-0058-810, (1) Smartskin C02 Laser System, #105-0075-000 |
| DCC-0946859 | (1) 105-3500-00 Vectus Laser System w/accessories |

**(hereinafter referred to as "personal property"**) at: **$210,000.00** through a Motion to Value Personal Property Collateral.

 2. Creditor objects to the monthly adequate protection amounts for the aforementioned personal property. According to the Debtor's Second Amended Chapter 13 Plan adequate protection payments shall equal the monthly dividend and the Debtor lists the Monthly Dividend for Direct Capital in the amount of $4,400.00.

 3. Pursuant to 11 U.S. Code §361 adequate protection can be cash monthly payments for the decrease in the value of the Creditor's interest in the property. In this case the Debtor has no interest in the equipment and therefore any depreciation equates to the decrease in Creditor's interest in the personal property.

 4. As more particularly described in the Declaration of

Amanda N. Ferns being filed in support of this objection, Creditor can show that the decrease in the value of the personal property is between $9,812.11 and $10,636.10 with the average being $10,224.11. Therefore Creditor objects to the Debtor's Second Amended Chapter 13 Plan because monthly depreciation is $10,224.11 and therefore that should be the adequate protection amount. and

    5.   The Plan does not provide for adequate insurance, with the Creditor listed as Loss Payee, on the aforementioned personal

WHEREFORE, Creditor prays of the Court to make its order denying confirmation of the Debtor' Chapter 13 Plan, and dismiss the Chapter 13 case, in the alternative, convert the case to a case under Chapter 7 of the Bankruptcy Code.

Respectfully Submitted,

Dated: September 3, 2019    FERNS, ADAMS & ASSOCIATES
                                    A Professional Corporation

/s/ Amanda N. Ferns
AMANDA N. FERNS
Attorneys for Creditor
DIRECT CAPITAL CORPORATION

ANF:mm

File No. 53932

PROOF OF SERVICE BY MAIL

I declare that I am employed in the county of Contra Costa, California. I am over the age of eighteen and not a party to the within action. My business address is: 2815 Mitchell Drive, Suite 210, Walnut Creek, CA 94598.

On September 4 2019, I served a true and correct copy of:

OBJECTION TO CONFIRMATION SECOND AMENDED CHAPTER 13 PLAN AND DECLARATION OF AMANDA N. FERNS IN SUPPORT OF OBJECTION TO CONFIRMATION OF SECOND AMENDED PLAN

on the parties in this proceeding by placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid in the United States mail at Walnut Creek, California addressed as follows:

| **DEBTOR** | **CHAPTER 13 TRUSTEE** |
|---|---|
| JEFFREY E DEWEESE dba JEFFREY E DEWEESE<br>1199 Bush Street #590<br>San Francisco, CA 94109 | David Burchard<br>P.O. Box 8059<br>Foster City, CA 94404 |
| **DEBTORS' ATTORNEY** | **UNITED STATES TRUSTEE** |
| Badma Gutchinov<br>Law Offices of Badma Gutchinov<br>P. O. Box 16431<br>San Francisco, CA 94116 | U.S. Trustee<br>Office of the U.S. Trustee / SF<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 |

Executed on September 4 2019, at Walnut Creek, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and believe.

/s/ Maricel Makalintal
Maricel Makalintal

4

OBJECTION TO CONFIRMATION SECOND AMENDED CHAPTER 13 PLAN