Badma Gutchinov, Esq. # 140040
Law Office of Badma Gutchinov
P.O. Box 16431
San Francisco, CA 94116-0431
Telephone: (415) 572-7075
Facsimile: (855) 293-3696

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

In re:     JEFFREY E. DEWEESE,          Case No. 19-30625 HLB13
                                                              Chapter 13

             Debtor,                  **RESPONSE: RESPONSIVE SUPPLEMENTAL DECLARATION OF DEBTOR IN OPPOSITION TO RELIEF**

                                                              Date: February 20, 2020
                                                              Time: 1:00 p.m.
_____/       Dept: Courtroom 19

      I,       JEFFREY E. DEWEESE declare:

      1.      I am the Debtor. I have personal knowledge of the following facts and if I am called to testify, I could and would competently testify hereto.

      2.      I am respectfully requesting that the automatic stay remain in effect while my loan modification resubmitted application is under review or still under review as per servicer, Fay communication with on January 31, 2020. As of filing of their motion, I had a pending loan modification as of November 30, 2019 which was resubmitted on February 4, 2020. Attached hereto is a true and correct of my only letter from Fay, marked hereto as Exhibit "B".

      3.      As per court's guideline re: residential loan modification on relief from stay motion in Chapter 13 cases, Fay did NOT follow this guideline filing their motion prematurely

and mistakenly stated in their RS Cover Sheet that a loan modification was not submitted prior to filing of their motion.

  4. Fay Servicing further stated that I had until February 27, 2020 (see paragraph of Fay's January 31, 2020 letter, Exhibit "B".

  5. My attorney has Creditor's counsel to continue the hearing of this motion, but they have not as filing my supplemental response. Now, I ask the motion to be withdrawn or denied.

  6. Since I have until February 27, 2020, I intend to provide Fay additional supporting documents and am willing to amend my application so that I will be given fullest consideration. I am asking the court to give me a chance while I have the stay in effect so that I can work out a modification of the loan.

  7. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in San Francisco, California.

Dated: February 14, 2020   /s/Jeffrey E. DeWeese
            Debtor Jeffrey E. DeWeese