Badma Gutchinov, Esq. # 140040
Law Office of Badma Gutchinov
P.O. Box 16431
San Francisco, CA 94116-0431
Telephone: (415) 572-7075
Facsimile: (855) 293-3696

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: JEFFREY E. DEWEESE, | Case No. 19-30625 HLB13 |
| | Chapter 13 |
| Debtor, | **Notice of Surrender of Possession of Subject Tenancy** |
| | Date: N/A<br>Time:<br>Dept: |
| _____ / | |

**TO LANDLORD SAINT FRANCIS MEMORIAL HOSPITAL:**

**PLEASE TAKE NOTICE THAT** on May 29, 2020 at 4:38 p.m., Debtor, JEFFREY E. DEWEESE has surrendered possession of subject tenancy at 1159 Bush Street #109, San Francisco California to Landlord, Saint Francis Memorial Hospital's agent and hereby request reimbursement of $15,000 in moving and storage costs as per Court Order of May 22, 2020 [Docket No. 107, Filed May 22, 2020].

Dated: May 29, 2020        /s/Jeffrey E. DeWeese
                           Debtor

Dated: May 29, 2020        /s/Badma Gutchinov, Esq
                           Attorney for Debtor