**Entered on Docket
August 06, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: August 6, 2020

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 19-30625 HLB |
| JEFFREY E. DEWEESE, | ) Chapter 13 |
| Debtor. | ) |

**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF ORDER APPROVING SECOND STIPULATION BETWEEN DEBTOR AND SAINT FRANCIS MEMORIAL HOSPITAL**

This case comes before the court on Debtor Jeffrey E. DeWeese's Motion for Entry of Order Approving Second Stipulation Among Debtor and Saint Francis Memorial Hospital.[1] The court has reviewed the Motion and its supporting declaration and exhibits (including the proposed Stipulation), as well as the Notice pertaining to the Motion.[2]

The court finds that the Notice was properly served. The court further finds that the compromise evidenced in the Stipulation is fair and reasonable, and that consideration of

---

[1] Dkt. 109 (the "Motion").

[2] Dkt. 110 (the "Notice").

the factors set forth in A&C Properties[3] justifies granting the Motion and approving the Stipulation.

Accordingly, the court **ORDERS** as follows:

1. The Motion is hereby **GRANTED** and the Stipulation hereby **APPROVED**.

2. The parties to the Stipulation are hereby **AUTHORIZED** to take whatever actions (including, but not limited to, the execution of documents) are necessary to effectuate the terms of this order.

**\*\*END OF ORDER\*\***

---

[3] Martin v. Kane (In re A&C Props.), 784 F.2d 1377, 1381 (9th Cir. 1986).

## Court Service List

[None]