Entered on Docket
May 11, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: May 11, 2021

_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

Badma Gutchinov, Esq. # 140040
Law Office of Badma Gutchinov
P.O. Box 16431
San Francisco, CA 94116-0431
Telephone: (415) 572-7075
Facsimile (415) 855-3696
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: JEFFREY E. DEWEESE, | Case No. ~~19-30525~~ 19-30625 HLB13 |
| | Chapter 13 |
| Debtor, | **Order Granting Amended Motion to Modify Chapter 13 Plan** |
| | Date: None Set |
| | Time: None Set |
| _____/ | Courtroom: |

Upon consideration of Debtor's Amended Motion to Modify Chapter 13 Plan filed with the court on April 12, 2021 ~~2021~~, served on April 12, 2021, and the resolution of Chapter 13 Trustee's Objection filed on April 26, 2021 with withdrawal of Objection thereof, and GOOD CAUSE APPEARING therefore:

IT IS ORDERED that the Second Modified Plan filed on April 12, 2021 is confirmed.

APPROVE AS FORM:

Dated: May 10, 2021

_____
~~David Burchard Chapter 13 Trustee~~
Brisa C. Ramirez, Staff Attorney for
David Burchard, Ch. 13 Trustee

**END OF ORDER**

Order

1

**Court Service List**

**All ECF recipients

Order